UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE: Jorge Perez-Serrano**<br>**Docket Number:  0972 1:02CR05190-001**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Jorge Perez-Serrano is requesting permission to travel to Tijuana, Baja California, Mexico. Jorge Perez-Serrano is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On December 22, 2003, Jorge Perez-Serrano was sentenced for the offense of 21 USC 846 and 841(a)(1) – Conspiracy to Distribute Methamphetamine (Class A Felony).

**Sentence Imposed:**  188 months Bureau of Prisons, 60 months Supervised Release, and $100 Special Assessment (Paid).  Special conditions include:  Warrantless Search; Financial Disclosure; Financial Restrictions; Drug/Alcohol Treatment; Drug/Alcohol Testing; No Alcohol; Mental Health Treatment; Aftercare Co-payment; Drug Registration.

**Dates and Mode of Travel:**  Traveling from November 23, 2017, through November 28, 2017. Will be driving personal vehicle, Toyota Camry, License Plate# 7KQV705.

**Purpose:**  To visit family.

1

REV.  03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:    Jorge Perez-Serrano**
    **Docket Number:  0972 1:02CR05190-001**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Tim Mechem

Tim D. Mechem
Supervising United States Probation Officer

Dated:    November 6, 2017
        Fresno, California
        TDM/rmv

**REVIEWED BY:**    /s/ Brian J. Bedrosian
        **Brian J. Bedrosian**
        **Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

IT IS SO ORDERED.

Dated:   November 13, 2017        _____
                                    SENIOR DISTRICT JUDGE